UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
Brian Thrane,

        Plaintiff,

 -vs-                                  NOTICE

Metropolitan Transportation Authority,      CV-15-7418(FB)(LB)

        Defendants.

------------------------------------------------------

      A pre-motion conference in the captioned case is scheduled for <u>March 24, 2016 at 11:00 AM</u> before Judge Frederic Block in courtroom 10C, 10th floor.  Upon receipt of this notice, counsel are to consult and confirm with one another the date and time of this pre-motion conference.

      The Court expects the parties to be conversant with the underlying facts and prepared to discuss the legal issues arising therefrom.  The parties are reminded that they are obligated to discuss the prospect of settlement and may be required to provide the Court with a report of such discussions. Counsel who are located out of town and would like to participate by telephone shall contact the Court's case manager 48 hours in advance of the conference with counsel's name and telephone number, since the Court will be calling counsel.

      Counsel are instructed to review Judge Block's individual practices located on the Court's website at www.nyed.uscourts.gov.

DATED: Brooklyn, New York
          February 10,  2016

                                            /S/ Michael J. Innelli
                                           MICHAEL J. INNELLI
                                              CASE MANAGER
                                                (718) 613-2425