2 Broadway
New York, NY 10004-2207

Darryl C. Irick
President



May 12, 2016

The Honorable Frederic Block, Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Brian Thrane v. Metropolitan Transportation Authority,* 15-cv-7418 (FB)(LB)

Dear Judge Block:

    I write on behalf of both parties to propose the following briefing schedule for Defendant's motion to dismiss the Complaint:

- Defendant's motion by June 30, 2016
- Plaintiff's opposition by July 29, 2016
- Defendant's reply by August 12, 2016

Sincerely,

Valerie K. Ferrier
Executive Agency Counsel
MTA Bus Company
(646) 252-3819

CC:     Plaintiff's Counsel
        By ECF