# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

March 31, 2017

**VIA First Class Mail and Email (thomas.deas@nyct.com)**

Thomas J. Deas, Esq.
Deputy General Counsel
MTA Bus Company
2 Broadway, Room D21.72
New York, NY 10004

    *Re:*    *Brian Thrane v. Metropolitan Transit Authority, 15 CV 7418(FB)(LB)*

Dear Mr. Deas:

    As you know, this firm represents Plaintiff Brian Thrane in the above-referenced action. Please find attached Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

                                                     Sincerely,

                                                     Owen H. Laird

encl.

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926