2 Broadway, Room D21.72  
New York, NY 10004-2207

Darryl C. Irick  
President



**Bus Company**

April 7, 2017

Honorable Frederic Block, Senior Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

                 Re: <u>Brian Thrane v. Metropolitan Transportation Authority, et al.</u>  
                      Civil Action No. 15-cv-7418 (FB-LB)

Dear Judge Block:

    I am the attorney appearing on behalf of the Defendants in the above-referenced case. With this letter, I submit the fully briefed Defendants' Motion to Dismiss Plaintiff's First Amended Complaint pursuant to FRCP 12(b)(6). Following is a list of the documents and exhibits being filed in connection with this motion.

1. Notice of Motion, with Certificate of Service

2. Declaration of Thomas J. Deas, with attached exhibits:

   Exhibit A.  First Amended Complaint

   Exhibit B.  Hospital Report dated April 17, 2015

   Exhibit C.  Arbitration Decision dated March 8, 2016

   Exhibit D.  Arbitration Decision dated May 11, 2016

   Exhibit E.  Defendants' First Supplemental Initial Discovery Responses
   - Sub-Exhibit A.  Arbitration Decision dated July 6, 2016 with Calculation Sheet
   - Sub-Exhibit B.  Plaintiff Payroll Summary for April 20, 2014 to April 20, 2015
   - Sub-Exhibit C.  Plaintiff Payroll Summary for April 20, 2015 to April 20, 2016
   - Sub-Exhibit D.  Arbitration Award Check dated August 17, 2016
   - Sub-Exhibit E.  Endorsed Arbitration Award Check

   Exhibit F.  Independent Medical Determination by Dr. Weiss, with Addendum

   Exhibit G.  Executed Health History dated May 13, 2016 (Form MCSA-5875)

   Exhibit H.  Federal and New York State Laws and Health Standards

Page 2 of 2
Letter to the Court
April 7, 2017

3. Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, with Table of Contents and Table of Authorities

4. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint

5. Defendants' Memorandum of Law in Further Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

    Respectfully submitted,

    Thomas J. Deas (TJD 9226)
    Deputy General Counsel
    MTA Bus Company
    (646)252-4359

TJD:td

c:  Honorable Frederic Block    (via ECF)(courtesy / hard copy by regular mail)
    United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, NY 11201

    Magistrate Judge Lois Bloom    (via ECF; cover letter by regular mail)
    United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, NY 11201

    Walker G. Harman, Esq.    (via ECF; cover letter by regular mail)
    The Harman Firm, LLP
    220 Fifth Avenue, Suite 900
    New York, NY  10001
    (212)425-2600