2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN THRANE, | **DECLARATION OF** |
| | **THOMAS J. DEAS, ESQ.** |
| Plaintiff, | |
| | 15-cv-7418 (FS)(LB) |
| -against- | |
| | |
| METROPOLITAN TRANSPORTATION | |
| AUTHORITY and MTA BUS COMPANY, | |
| | |
| Defendants. | |

**THOMAS J. DEAS**, an attorney duly admitted and qualified to practice as an attorney in the United States District Court for the Eastern District of New York, pursuant to 28 USC §1746, sets forth the following:

1. I am the Deputy General Counsel of MTA Bus Company, the attorney of record for the Defendants in the above-captioned matter.

2. This Declaration is based on my personal knowledge, a review of the court docket and the Orders and directives contained therein.

3. I submit this Declaration in connection to the within motion to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. I attach to this motion the following exhibits:

    Exhibit A.  First Amended Complaint

    Exhibit B.  Hospital Report dated April 17, 2015

    Exhibit C.  Arbitration Decision dated March 8, 2016

    Exhibit D.  Arbitration Decision dated May 11, 2016

    Exhibit E.  Defendants' First Supplemental Initial Discovery Responses

    Exhibit F.  Medical Examination Findings of Dr.Weiss

    Exhibit G.  Plaintiff's Executed Statement of Health

    Exhibit H.  Legal / Medical Standards for Bus Operators

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 17, 2017

_____
Thomas J. Deas (TJD 9226)