# EXHIBIT  C

**In the Matter of the Arbitration between**

------------------------------------------------------X

     **MTA Bus Company**       X

                                 X

        **And**              X

     **TWU Local 100**       X   *Brian Thrane*

                                 X

------------------------------------------------------X

**Case No(s):** _____

_____

**Issue:** _____

_____

**Date of Hearing:** _____

**Decision:** *An I.M.E. has concluded Mr. Brian Thrane shall be able to return to work as a B/O.*

*However, I will provide the MTA Bus 30 days to obtain information it claims it wants.*

*I will formally decide the date of reinstatement at our April hearing.*

_____

**Martin F. Scheinman, Esq., Arbitrator**       **Date** *3 / 8 / 2016*