**EXHIBIT D**

**In the Matter of the Arbitration between**
-----------------------------------------------X

    **MTA Bus Company**    X

                             X

          **And**                X

    **TWU Local 100**    X  *Brian Thrane*

                             X

-----------------------------------------------X

**Case No(s):** _____

_____

**Issue:** _____

_____

**Date of Hearing:** _____

**Decision:** *An I.M.E. has concluded Mr. Brian Thrane shall be able to return to work as a B/O. However, I will provide the MTA Bus 30 days to obtain independ- it claims it wants. I will formally decide the date of reinstatement at our April hearing.*

*5/11/16: Mr Thrane shall provide proof from his treating doctor he does not have Lyme disease. He then completes IMA and returns as a B/O.*

                                                3/8/2016

**Martin F. Scheinman, Esq., Arbitrator**    **Date**