**Exhibit A**

In the Matter of the Arbitration between
----------------------------------------X

     **MTA Bus Company**    X

                              X

              And

                              X       Brian Thrane

     **TWU Local 100**     X

                              X

----------------------------------------X

Case No(s): _____

_____

Issue: _____

_____

Date of Hearing: _____

Decision: Driver pay is the correct standard. Exclude the Lyme Disease period.

☒ Pay as full resolution $3/4 of 6/9/15 – 3/29/16; at applicable pay rate.

_____

_____

_____

_____

_____

_____      7/6/2016
Martin F. Scheinman, Esq., Arbitrator    Date

**Calculation of Brian Thrane's July 6, 2016 Arbitration Award**

| Total Hours Owed | Applicable Pay Rate | Total |
|---|---|---|
| 301.6 | $31.791602 | $9,588.35 |
| 117 | $32.427434 | $3,794.01 |
| | Total | $13,382.36 |

$13,382.36 x 0.75 = **$10,036.77***

*As per Arbitrator Scheinman's Award, the Grievant is entitled to three-quarters of the total calculated above. Therefore, the Grievant is owed $10,036.77.