**Exhibit B**

EE earns by selctd pay group

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | DFF | Differential Pay | 33.87 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | DFF | Differential Pay | 45.16 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | HOL | Holiday Pay | 294.46 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | HOL | Holiday Pay | 294.46 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | HTB | Scheduled Bonus | 91.81 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | HTB | Scheduled Bonus | 68.90 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | MLP | Meal Pay | 101.85 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | MLP | Meal Pay | 76.39 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | OST | OT - Scheduled FLSA | 193.81 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | OST | OT - Scheduled FLSA | 145.28 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | PER | Personal Day | 239.64 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | RPT | Report Time | 14.98 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | RPT | Report Time | 20.07 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | RTP | Run Time Pay | 856.71 | Bus Operator | 04/30/14 | 149566 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/26/14 | RTP | Run Time Pay | 642.53 | Bus Operator | 04/30/14 | 149566 | | |
| | | | | | | 3,119.92 | | | | 3,119.92 | 3,119.92 |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | DFF | Differential Pay | 56.50 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | DFF | Differential Pay | 45.16 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | HOL | Holiday Pay | 239.64 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | HTB | Scheduled Bonus | 91.81 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | HTB | Scheduled Bonus | 54.69 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | MLP | Meal Pay | 101.85 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | MLP | Meal Pay | 118.32 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | OST | OT - Scheduled FLSA | 193.81 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | OST | OT - Scheduled FLSA | 198.30 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | RPT | Report Time | 24.86 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | RPT | Report Time | 20.07 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | RTP | Run Time Pay | 1,079.88 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | RTP | Run Time Pay | 856.71 | Bus Operator | 05/14/14 | 154205 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/10/14 | TBX | Bonus FLSA Excluded | 40.44 | Bus Operator | 05/14/14 | 154205 | | |
| | | | | | | 3,122.04 | | | | 3,122.04 | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | DFF | Differential Pay | 45.16 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | DFF | Differential Pay | 45.16 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | HOL | Holiday Pay | 239.64 | Bus Operator | 05/28/14 | 157769 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | HTB | Scheduled Bonus | 91.81 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | HTB | Scheduled Bonus | 91.81 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | MLP | Meal Pay | 101.85 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | MLP | Meal Pay | 101.85 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | OST | OT - Scheduled FLSA | 193.81 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | OST | OT - Scheduled FLSA | 193.81 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | RPT | Report Time | 20.07 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | RPT | Report Time | 20.07 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | RTP | Run Time Pay | 856.71 | Bus Operator | 05/28/14 | 157768 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | RTP | Run Time Pay | 856.71 | Bus Operator | 05/28/14 | 157768 | | |

**EE earns by selctd pay group**

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | VAD | Vacation Advance | 0.00 | Bus Operator | 05/28/14 | 157768 | | |
| | | | | | | 2,858.46 | | | | 2,858.46 | |
| 1175394 | B05310 | Thrane, Brian E | 05/24/14 | VAD | Vacation Advance | 1,477.68 | Bus Operator | 05/28/14 | 157770 | | |
| | | | | | | 1,477.68 | | | | 1,477.68 | 7,458.18 |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | DFF | Differential Pay | 56.50 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | DFF | Differential Pay | 56.50 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | HTB | Scheduled Bonus | 54.69 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | HTB | Scheduled Bonus | 54.69 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | MLP | Meal Pay | 118.32 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | MLP | Meal Pay | 118.32 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | OST | OT - Scheduled FLSA | 198.30 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | OST | OT - Scheduled FLSA | 198.30 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | RPT | Report Time | 24.86 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | RPT | Report Time | 24.86 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | RTP | Run Time Pay | 1,079.88 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | RTP | Run Time Pay | 1,079.88 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | TBX | Bonus FLSA Excluded | 40.44 | Bus Operator | 06/11/14 | 161152 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/07/14 | TBX | Bonus FLSA Excluded | 40.44 | Bus Operator | 06/11/14 | 161152 | | |
| | | | | | | 3,145.98 | | | | 3,145.98 | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | BSP | Buses Sick Pay Cash Out | 303.14 | Bus Operator | 06/25/14 | 164668 | | |
| | | | | | | 303.14 | | | | 303.14 | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | DFF | Differential Pay | 56.50 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | HTB | Scheduled Bonus | 54.69 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | MLP | Meal Pay | 118.32 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | OST | OT - Scheduled FLSA | 198.30 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | RPT | Report Time | 24.86 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | RTP | Run Time Pay | 1,079.88 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | TBX | Bonus FLSA Excluded | 40.44 | Bus Operator | 06/25/14 | 164667 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/21/14 | VAT | Vacation Taken | 0.00 | Bus Operator | 06/25/14 | 164667 | | |
| | | | | | | 1,572.99 | | | | 1,572.99 | 5,022.11 |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | BST | Boost Pay | 76.39 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | DFF | Differential Pay | 39.73 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | DFF | Differential Pay | 45.21 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | HOL | Holiday Pay | 303.14 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | HTB | Scheduled Bonus | 34.00 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | HTB | Scheduled Bonus | 39.86 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | MLP | Meal Pay | 59.91 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | MLP | Meal Pay | 92.86 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | OST | OT - Scheduled FLSA | 149.78 | Bus Operator | 07/09/14 | 168282 | | |

**EE earns by selctd pay group**

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | OST | OT - Scheduled FLSA | 77.88 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | RPT | Report Time | 20.07 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | RPT | Report Time | 20.07 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | RTP | Run Time Pay | 898.65 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | RTP | Run Time Pay | 865.70 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | TBX | Bonus FLSA Excluded | 31.45 | Bus Operator | 07/09/14 | 168282 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/05/14 | TRN | Training Class | 239.64 | Bus Operator | 07/09/14 | 168282 | | |
| | | | | | | 2,994.34 | | | | 2,994.34 | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | DFF | Differential Pay | 39.73 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | DFF | Differential Pay | 53.38 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | HOL | Holiday Pay | 283.07 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | HTB | Scheduled Bonus | 34.00 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | HTB | Scheduled Bonus | 42.59 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | MLP | Meal Pay | 74.89 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | MLP | Meal Pay | 59.91 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | OST | OT - Scheduled FLSA | 77.88 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | OST | OT - Scheduled FLSA | 131.80 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | RPT | Report Time | 24.86 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | RPT | Report Time | 20.07 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | RTP | Run Time Pay | 898.65 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | RTP | Run Time Pay | 1,123.31 | Bus Operator | 07/23/14 | 171834 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/19/14 | TBX | Bonus FLSA Excluded | 19.02 | Bus Operator | 07/23/14 | 171834 | | |
| | | | | | | 2,883.16 | | | | 2,883.16 | 5,877.50 |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | DFF | Differential Pay | 53.38 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | DFF | Differential Pay | 53.38 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | HTB | Scheduled Bonus | 42.59 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | HTB | Scheduled Bonus | 42.59 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | MLP | Meal Pay | 74.89 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | MLP | Meal Pay | 74.89 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | OST | OT - Scheduled FLSA | 131.80 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | OST | OT - Scheduled FLSA | 131.80 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | RPT | Report Time | 24.86 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | RPT | Report Time | 24.86 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | RTP | Run Time Pay | 1,123.31 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | RTP | Run Time Pay | 1,123.31 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | TBX | Bonus FLSA Excluded | 19.02 | Bus Operator | 08/06/14 | 174368 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/02/14 | TBX | Bonus FLSA Excluded | 19.02 | Bus Operator | 08/06/14 | 174368 | | |
| | | | | | | 2,939.70 | | | | 2,939.70 | |
| 1175394 | B05310 | Thrane, Brian E | 08/16/14 | DFF | Differential Pay | 39.73 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/16/14 | DFF | Differential Pay | 53.38 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/16/14 | HTB | Scheduled Bonus | 34.00 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/16/14 | HTB | Scheduled Bonus | 42.59 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/16/14 | MLP | Meal Pay | 59.91 | Bus Operator | 08/20/14 | 178736 | | |

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | MLP | Meal Pay | 74.89 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | OST | OT - Scheduled FLSA | 131.80 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | OST | OT - Scheduled FLSA | 77.88 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | RPT | Report Time | 20.07 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | RPT | Report Time | 24.86 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | RTP | Run Time Pay | 898.65 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | RTP | Run Time Pay | 1,123.31 | Bus Operator | 08/20/14 | 178736 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/16/14 | TBX | Bonus FLSA Excluded | 19.02 | Bus Operator | 08/20/14 | 178736 | | |
| | | | | | | 2,600.09 | | | | 2,600.09 | 5,539.79 |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | DFF | Differential Pay | 53.38 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | DFF | Differential Pay | 53.38 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | HTB | Scheduled Bonus | 42.59 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | HTB | Scheduled Bonus | 42.59 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | MLP | Meal Pay | 74.89 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | MLP | Meal Pay | 74.89 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | OST | OT - Scheduled FLSA | 131.80 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | OST | OT - Scheduled FLSA | 131.80 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | RPT | Report Time | 24.86 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | RPT | Report Time | 24.86 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | RTP | Run Time Pay | 1,123.31 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | RTP | Run Time Pay | 1,123.31 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | TBX | Bonus FLSA Excluded | 19.02 | Bus Operator | 09/03/14 | 182185 | | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | TBX | Bonus FLSA Excluded | 19.02 | Bus Operator | 09/03/14 | 182185 | | |
| | | | | | | 2,939.70 | | | | 2,939.70 | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | VAD | Vacation Advance | 1,520.22 | Bus Operator | 09/03/14 | 182186 | | |
| | | | | | | 1,520.22 | | | | 1,520.22 | |
| 1175394 | B05310 | Thrane,Brian E | 08/30/14 | VAD | Vacation Advance | 0.00 | Bus Operator | 09/03/14 | 182185 | | |
| | | | | | | 0.00 | | | | 0.00 | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | BST | Boost Pay | 31.45 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | BST | Boost Pay | 31.45 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | CLR | Clear Time | 2.40 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | CLR | Clear Time | 2.40 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | DFF | Differential Pay | 32.44 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | DFF | Differential Pay | 32.44 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | MLP | Meal Pay | 96.46 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | MLP | Meal Pay | 96.46 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane,Brian E | 09/13/14 | RPT | Report Time | 24.86 | Bus Operator | 09/17/14 | 185601 | | |

## Period - (04/20/14 - 04/20/15)

EE earns by selctd pay group

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 09/13/14 | RPT | Report Time | 24.86 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/13/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/13/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/13/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 09/17/14 | 185601 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/13/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 09/17/14 | 185601 | | |
| | | | | | | 3,000.90 | | | | 3,000.90 | 7,460.82 |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | BST | Boost Pay | 31.45 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | CLR | Clear Time | 2.40 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | DFF | Differential Pay | 32.44 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | MLP | Meal Pay | 96.46 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | RPT | Report Time | 24.86 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 10/01/14 | 188503 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/27/14 | VAT | Vacation Taken | 0.00 | Bus Operator | 10/01/14 | 188503 | | |
| | | | | | | 1,500.45 | | | | 1,500.45 | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | BST | Boost Pay | 31.45 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | BST | Boost Pay | 31.45 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | CLR | Clear Time | 2.40 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | CLR | Clear Time | 2.40 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | DFF | Differential Pay | 26.77 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | DFF | Differential Pay | 32.44 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | HOL | Holiday Pay | 293.56 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | HTB | Scheduled Bonus | 58.41 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | MLP | Meal Pay | 77.28 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | MLP | Meal Pay | 96.46 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | OST | OT - Scheduled FLSA | 122.82 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | RPT | Report Time | 20.07 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | RPT | Report Time | 24.86 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | RTP | Run Time Pay | 849.82 | Bus Operator | 10/15/14 | 192540 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/11/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 10/15/14 | 192540 | | |
| | | | | | | 2,983.03 | | | | 2,983.03 | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | BST | Boost Pay | 31.45 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | BST | Boost Pay | 31.45 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | CLR | Clear Time | 2.40 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | CLR | Clear Time | 2.40 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | DFF | Differential Pay | 32.44 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | DFF | Differential Pay | 32.44 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 10/29/14 | 195943 | | |

**EE earns by selctd pay group**

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | MLP | Meal Pay | 96.46 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | MLP | Meal Pay | 96.46 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | RPT | Report Time | 24.86 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | RPT | Report Time | 24.86 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | VAD | Vacation Advance | 0.00 | Bus Operator | 10/29/14 | 195943 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 10/29/14 | 195943 | | |
| | | | | | | 3,000.90 | | | | 3,000.90 | |
| 1175394 | B05310 | Thrane, Brian E | 10/25/14 | VAD | Vacation Advance | 1,550.17 | Bus Operator | 10/29/14 | 195944 | | |
| | | | | | | 1,550.17 | | | | 1,550.17 | 9,034.55 |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | BST | Boost Pay | 31.45 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | CLR | Clear Time | 2.40 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | DFF | Differential Pay | 32.44 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | MLP | Meal Pay | 96.46 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | RPT | Report Time | 24.86 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 11/12/14 | 199598 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/08/14 | VAT | Vacation Taken | 0.00 | Bus Operator | 11/12/14 | 199598 | | |
| | | | | | | 1,500.45 | | | | 1,500.45 | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | BST | Boost Pay | 31.45 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | BST | Boost Pay | 31.45 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | CLR | Clear Time | 2.40 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | CLR | Clear Time | 2.40 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | DFF | Differential Pay | 26.77 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | DFF | Differential Pay | 32.44 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | HTB | Scheduled Bonus | 58.41 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | MLP | Meal Pay | 77.28 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | MLP | Meal Pay | 96.46 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | OST | OT - Scheduled FLSA | 122.82 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | RPT | Report Time | 24.86 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | RPT | Report Time | 20.07 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | RTP | Run Time Pay | 849.82 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 11/26/14 | 202077 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/22/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 11/26/14 | 202077 | | |

**EE earns by selctd pay group**

**Period - (04/20/14 - 04/20/15)**

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2,689.47 | | | | 2,689.47 | 4,189.92 |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | BST | Boost Pay | 31.45 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | BST | Boost Pay | 35.95 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | CLR | Clear Time | 2.40 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | CLR | Clear Time | 5.09 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | DFF | Differential Pay | 26.85 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | DFF | Differential Pay | 32.44 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | HOL | Holiday Pay | 239.64 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | HTB | Scheduled Bonus | 32.57 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | HTB | Scheduled Bonus | 38.94 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | MLP | Meal Pay | 132.40 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | MLP | Meal Pay | 96.46 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | OST | OT - Scheduled FLSA | 81.78 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | RPT | Report Time | 20.07 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | RPT | Report Time | 24.86 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | RTP | Run Time Pay | 790.21 | Bus Operator | 12/10/14 | 207203 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/06/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 12/10/14 | 207203 | | |
| | | | | | | 2,871.38 | | | | 2,871.38 | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | BST | Boost Pay | 17.37 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | BST | Boost Pay | 16.48 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | CLR | Clear Time | 2.40 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | CLR | Clear Time | 2.40 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | DFF | Differential Pay | 33.14 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | DFF | Differential Pay | 33.10 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | HTB | Scheduled Bonus | 39.64 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | HTB | Scheduled Bonus | 40.26 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | MLP | Meal Pay | 96.46 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | MLP | Meal Pay | 96.46 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | OST | OT - Scheduled FLSA | 163.85 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | OTS | Unsched Overtime 1.0 | 14.08 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | OTS | Unsched Overtime 1.0 | 14.98 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | RPT | Report Time | 24.86 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | RPT | Report Time | 24.86 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | RTP | Run Time Pay | 1,070.29 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 12/24/14 | 210640 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/20/14 | TBX | Bonus FLSA Excluded | 46.13 | Bus Operator | 12/24/14 | 210640 | | |
| | | | | | | 3,017.03 | | | | 3,017.03 | 5,888.41 |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | BST | Boost Pay | 31.45 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | BST | Boost Pay | 31.45 | Bus Operator | 01/07/15 | 214120 | | |

**EE earns by selctd pay group**

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | CLR | Clear Time | 2.40 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | CLR | Clear Time | 2.40 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | DFF | Differential Pay | 21.11 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | DFF | Differential Pay | 28.56 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | HOL | Holiday Pay | 304.94 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | HOL | Holiday Pay | 544.58 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | HT | Unsched - Half Time | 19.02 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | HTB | Scheduled Bonus | 60.36 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | HTB | Scheduled Bonus | 38.94 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | MLP | Meal Pay | 58.41 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | MLP | Meal Pay | 84.47 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | OST | OT - Scheduled FLSA | 126.71 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | OST | OT - Scheduled FLSA | 81.78 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | OTS | Unsched Overtime 1.0 | 37.44 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | RPT | Report Time | 20.07 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | RPT | Report Time | 14.98 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | RTP | Run Time Pay | 629.06 | Bus Operator | 01/07/15 | 214120 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/03/15 | RTP | Run Time Pay | 842.63 | Bus Operator | 01/07/15 | 214120 | | |
| | | | | | | 2,980.76 | | | | 2,980.76 | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | ALS | Allowance | 150.00 | Bus Operator | 01/21/15 | 218690 | | |
| | | | | | | 150.00 | | | | 150.00 | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | DFF | Differential Pay | 48.94 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | DFF | Differential Pay | 48.94 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | HTB | Scheduled Bonus | 6.23 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | HTB | Scheduled Bonus | 6.23 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | MLP | Meal Pay | 79.98 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | MLP | Meal Pay | 79.98 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | RPT | Report Time | 24.86 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | RPT | Report Time | 24.86 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 01/21/15 | 218689 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/17/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 01/21/15 | 218689 | | |
| | | | | | | 2,735.00 | | | | 2,735.00 | 5,865.76 |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | DFF | Differential Pay | 48.94 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | DFF | Differential Pay | 39.75 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | HTB | Scheduled Bonus | 6.23 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | HTB | Scheduled Bonus | 23.96 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | MLP | Meal Pay | 79.98 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | MLP | Meal Pay | 65.00 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/31/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 02/04/15 | 222299 | | |

## Period - (04/20/14 - 04/20/15)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | OST | OT - Scheduled FLSA | 56.02 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | PER | Personal Day | 239.64 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | RPT | Report Time | 24.86 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | RPT | Report Time | 20.07 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | RTP | Run Time Pay | 893.56 | Bus Operator | 02/04/15 | 222299 | | |
| 1175394 | B05310 | Thrane,Brian E | 01/31/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 02/04/15 | 222299 | | |
| | | | | | | 2,705.50 | | | | 2,705.50 | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | DFF | Differential Pay | 27.55 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | DFF | Differential Pay | 36.73 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | HTB | Scheduled Bonus | 17.97 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | HTB | Scheduled Bonus | 13.48 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | MLP | Meal Pay | 59.91 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | MLP | Meal Pay | 44.93 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | OST | OT - Scheduled FLSA | 32.95 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | OST | OT - Scheduled FLSA | 44.03 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | PER | Personal Day | 239.64 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | PER | Personal Day | 239.64 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | RPT | Report Time | 20.07 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | RPT | Report Time | 14.98 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | RTP | Run Time Pay | 898.65 | Bus Operator | 02/18/15 | 225923 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/14/15 | RTP | Run Time Pay | 673.99 | Bus Operator | 02/18/15 | 225923 | | |
| | | | | | | 2,364.52 | | | | 2,364.52 | 5,070.02 |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | DFF | Differential Pay | 36.73 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | DFF | Differential Pay | 36.73 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | HTB | Scheduled Bonus | 17.97 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | HTB | Scheduled Bonus | 17.97 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | MLP | Meal Pay | 59.91 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | MLP | Meal Pay | 59.91 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | OST | OT - Scheduled FLSA | 44.03 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | OST | OT - Scheduled FLSA | 44.03 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | PER | Personal Day | 239.64 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | PER | Personal Day | 239.64 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | RPT | Report Time | 20.07 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | RPT | Report Time | 20.07 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | RTP | Run Time Pay | 898.65 | Bus Operator | 03/04/15 | 229509 | | |
| 1175394 | B05310 | Thrane,Brian E | 02/28/15 | RTP | Run Time Pay | 898.65 | Bus Operator | 03/04/15 | 229509 | | |
| | | | | | | 2,634.00 | | | | 2,634.00 | |
| 1175394 | B05310 | Thrane,Brian E | 03/14/15 | DFF | Differential Pay | 48.94 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane,Brian E | 03/14/15 | DFF | Differential Pay | 27.55 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane,Brian E | 03/14/15 | HTB | Scheduled Bonus | 13.48 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane,Brian E | 03/14/15 | HTB | Scheduled Bonus | 14.02 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane,Brian E | 03/14/15 | MLP | Meal Pay | 44.93 | Bus Operator | 03/18/15 | 232302 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EE earns by selctd pay group | | | **Period - (04/20/14 - 04/20/15)** | | | | | | | |

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | MLP | Meal Pay | 79.98 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | OST | OT - Scheduled FLSA | 32.95 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | OTS | Unsched Overtime 1.0 | 14.98 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | PER | Personal Day | 239.64 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | RPT | Report Time | 24.86 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | RPT | Report Time | 14.98 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | RTP | Run Time Pay | 673.99 | Bus Operator | 03/18/15 | 232302 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/14/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 03/18/15 | 232302 | | |
| | | | | | | 2,437.79 | | | | 2,437.79 | 5,071.79 |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | DFF | Differential Pay | 48.94 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | DFF | Differential Pay | 48.94 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | HTB | Scheduled Bonus | 6.23 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | HTB | Scheduled Bonus | 6.23 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | MLP | Meal Pay | 79.98 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | MLP | Meal Pay | 79.98 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | RPT | Report Time | 24.86 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | RPT | Report Time | 24.86 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 04/01/15 | 236625 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/28/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 04/01/15 | 236625 | | |
| | | | | | | 2,735.00 | | | | 2,735.00 | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | DFF | Differential Pay | 32.05 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | DFF | Differential Pay | 48.94 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | HOL | Holiday Pay | 304.94 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | HTB | Scheduled Bonus | 6.23 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | HTB | Scheduled Bonus | 101.85 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | MLP | Meal Pay | 79.98 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | MLP | Meal Pay | 83.87 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | OST | OT - Scheduled FLSA | 66.80 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | OST | OT - Scheduled FLSA | 213.58 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | RPT | Report Time | 24.86 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | RPT | Report Time | 20.07 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | RTP | Run Time Pay | 874.69 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | RTP | Run Time Pay | 1,118.22 | Bus Operator | 04/15/15 | 240852 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/11/15 | TBX | Bonus FLSA Excluded | 22.47 | Bus Operator | 04/15/15 | 240852 | | |
| | | | | | | 2,998.55 | | | | 2,998.55 | 5,733.55 |

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EE earns by selctd pay group | | | | | | | | | | | |

**Period - (04/20/14 - 04/20/15)**

|  |  |
|---|---|
| 75,332.32 | 75,332.32 |