**Exhibit C**

**EE earns by selctd pay group**

**Period - (04/20/15 - 04/20/16)**

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | DFF | Differential Pay | 10.44 | Bus Operator | 04/29/15 | 244357 | | |
| | | | | | | 10.44 | | | | 10.44 | |
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | DSH | SICK PAY | 805.79 | Bus Operator | 04/29/15 | 244358 | | |
| | | | | | | 805.79 | | | | 805.79 | |
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | HTB | Scheduled Bonus | 25.46 | Bus Operator | 04/29/15 | 244357 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | MLP | Meal Pay | 39.84 | Bus Operator | 04/29/15 | 244357 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | OST | OT - Scheduled FLSA | 53.32 | Bus Operator | 04/29/15 | 244357 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | RPT | Report Time | 9.89 | Bus Operator | 04/29/15 | 244357 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/25/15 | RTP | Run Time Pay | 371.44 | Bus Operator | 04/29/15 | 244357 | | |
| | | | | | | 499.95 | | | | 499.95 | 1,316.18 |
| 1175394 | B05310 | Thrane, Brian E | 05/23/15 | DSH | SICK PAY | 482.28 | Bus Operator | 05/27/15 | 251544 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/23/15 | DSH | SICK PAY | 805.79 | Bus Operator | 05/27/15 | 251544 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/23/15 | DSH | SICK PAY | 805.79 | Bus Operator | 05/27/15 | 251544 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/23/15 | DSH | SICK PAY | 805.79 | Bus Operator | 05/27/15 | 251544 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/23/15 | DSH | SICK PAY | 805.79 | Bus Operator | 05/27/15 | 251544 | | |
| 1175394 | B05310 | Thrane, Brian E | 05/23/15 | DSH | SICK PAY | 805.79 | Bus Operator | 05/27/15 | 251544 | | |
| | | | | | | 4,511.23 | | | | 4,511.23 | 4,511.23 |
| 1175394 | B05310 | Thrane, Brian E | 06/06/15 | DSH | SICK PAY | 805.79 | Bus Operator | 06/10/15 | 255116 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/06/15 | DSH | SICK PAY | 805.79 | Bus Operator | 06/10/15 | 255116 | | |
| | | | | | | 1,611.58 | | | | 1,611.58 | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | DFX | Differential Pay -FLSA Ex | 45.72 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | DFX | Differential Pay -FLSA Ex | 38.23 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | DNT | Deductions Not Taken | (119.82) | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | DNT | Deductions Not Taken | (119.82) | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | HT | Unsched - Half Time | 137.79 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | HT | Unsched - Half Time | 137.79 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | RTP | Run Time Pay | 1,473.79 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | RTP | Run Time Pay | 1,473.79 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | TCB | Added Contract Bonus | 0.00 | Bus Operator | 06/24/15 | 257949 | | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | TCB | Added Contract Bonus | 0.00 | Bus Operator | 06/24/15 | 257949 | | |
| | | | | | | 3,067.47 | | | | 3,067.47 | |
| 1175394 | B05310 | Thrane, Brian E | 06/20/15 | STR | Rep Short Term Disabilit | 1,925.00 | Bus Operator | 06/24/15 | 257950 | | |
| | | | | | | 1,925.00 | | | | 1,925.00 | 6,604.05 |
| 1175394 | B05310 | Thrane, Brian E | 07/04/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 07/08/15 | 262848 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/04/15 | DNT | Deductions Not Taken | (119.82) | Bus Operator | 07/08/15 | 262848 | | |

## Period - (04/20/15 - 04/20/16)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 07/04/15 | DNT | Deductions Not Taken | (119.82) | Bus Operator | 07/08/15 | 262848 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/04/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 07/08/15 | 262848 | | |
| | | | | | | 992.29 | | | | 992.29 | |
| 1175394 | B05310 | Thrane, Brian E | 07/04/15 | DSH | SICK PAY | 320.52 | Bus Operator | 07/08/15 | 262849 | | |
| | | | | | | 320.52 | | | | 320.52 | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 07/22/15 | 265536 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 07/22/15 | 265536 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | DNT | Deductions Not Taken | (119.82) | Bus Operator | 07/22/15 | 265536 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | DNT | Deductions Not Taken | (119.82) | Bus Operator | 07/22/15 | 265536 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 07/22/15 | 265536 | | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 07/22/15 | 265536 | | |
| | | | | | | 2,224.22 | | | | 2,224.22 | |
| 1175394 | B05310 | Thrane, Brian E | 07/18/15 | STR | Rep Short Term Disabilit | 165.00 | Bus Operator | 07/13/15 | 102292 | | |
| | | | | | | 165.00 | | | | 165.00 | 3,702.03 |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | DNT | Deductions Not Taken | 0.00 | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | DNT | Deductions Not Taken | (86.87) | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | HOL | Holiday Pay | 263.60 | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | HOL | Holiday Pay | 263.60 | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | RTP | Run Time Pay | 958.56 | Bus Operator | 08/05/15 | 270113 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/01/15 | RTP | Run Time Pay | 958.56 | Bus Operator | 08/05/15 | 270113 | | |
| | | | | | | 2,402.43 | | | | 2,402.43 | |
| 1175394 | B05310 | Thrane, Brian E | 08/15/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 08/19/15 | 273782 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/15/15 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 08/19/15 | 273782 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/15/15 | HOL | Holiday Pay | 322.62 | Bus Operator | 08/19/15 | 273782 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/15/15 | RTP | Run Time Pay | 958.56 | Bus Operator | 08/19/15 | 273782 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/15/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 08/19/15 | 273782 | | |
| | | | | | | 2,535.60 | | | | 2,535.60 | 4,938.03 |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 09/02/15 | 277491 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 09/02/15 | 277491 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | HOL | Holiday Pay | 283.07 | Bus Operator | 09/02/15 | 277491 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | RTP | Run Time Pay | 958.56 | Bus Operator | 09/02/15 | 277491 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 09/02/15 | 277491 | | |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | VAD | Vacation Advance | 0.00 | Bus Operator | 09/02/15 | 277491 | | |

**EE earns by selctd pay group**

**Period - (04/20/15 - 04/20/16)**

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2,490.43 | | | | 2,490.43 | |
| 1175394 | B05310 | Thrane, Brian E | 08/29/15 | VAD | Vacation Advance | 1,390.51 | Bus Operator | 09/02/15 | 277492 | | |
| | | | | | | 1,390.51 | | | | 1,390.51 | |
| 1175394 | B05310 | Thrane, Brian E | 09/12/15 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 09/16/15 | 281095 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/12/15 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 09/16/15 | 281095 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/12/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 09/16/15 | 281095 | | |
| 1175394 | B05310 | Thrane, Brian E | 09/12/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 09/16/15 | 281095 | | |
| | | | | | | 2,452.62 | | | | 2,452.62 | |
| 1175394 | B05310 | Thrane, Brian E | 09/26/15 | VAT | Vacation Taken | 0.00 | Bus Operator | 09/30/15 | 108508 | | |
| | | | | | | 0.00 | | | | 0.00 | 6,333.56 |
| 1175394 | B05310 | Thrane, Brian E | 10/10/15 | DFF | Differential Pay | 33.73 | Bus Operator | 10/01/15 | 108642 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/10/15 | RP | Regular Pay | 1,198.20 | Bus Operator | 10/01/15 | 108642 | | |
| | | | | | | 1,231.93 | | | | 1,231.93 | |
| 1175394 | B05310 | Thrane, Brian E | 10/10/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 10/14/15 | 288338 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/10/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 10/14/15 | 288338 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/10/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 10/14/15 | 288338 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/10/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 10/14/15 | 288338 | | |
| | | | | | | 2,463.86 | | | | 2,463.86 | |
| 1175394 | B05310 | Thrane, Brian E | 10/24/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 10/28/15 | 290944 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/24/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 10/28/15 | 290944 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/24/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 10/28/15 | 290944 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/24/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 10/28/15 | 290944 | | |
| 1175394 | B05310 | Thrane, Brian E | 10/24/15 | VAD | Vacation Advance | 0.00 | Bus Operator | 10/28/15 | 290944 | | |
| | | | | | | 2,463.86 | | | | 2,463.86 | |
| 1175394 | B05310 | Thrane, Brian E | 10/24/15 | VAD | Vacation Advance | 1,325.51 | Bus Operator | 10/28/15 | 290945 | | |
| | | | | | | 1,325.51 | | | | 1,325.51 | 7,485.16 |
| 1175394 | B05310 | Thrane, Brian E | 11/07/15 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 11/10/15 | 294241 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/07/15 | HOL | Holiday Pay | 239.64 | Bus Operator | 11/10/15 | 294241 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/07/15 | RTP | Run Time Pay | 958.56 | Bus Operator | 11/10/15 | 294241 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/07/15 | VAT | Vacation Taken | 0.00 | Bus Operator | 11/10/15 | 294241 | | |
| | | | | | | 1,220.69 | | | | 1,220.69 | |

**EE earns by selctd pay group**

## Period - (04/20/15 - 04/20/16)

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 11/21/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 11/25/15 | 299093 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/21/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 11/25/15 | 299093 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/21/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 11/25/15 | 299093 | | |
| 1175394 | B05310 | Thrane, Brian E | 11/21/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 11/25/15 | 299093 | | |
| | | | | | | 2,463.86 | | | | 2,463.86 | 3,684.55 |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 12/09/15 | 303254 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | DFX | Differential Pay -FLSA Ex | 11.24 | Bus Operator | 12/09/15 | 303254 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | HOL | Holiday Pay | 479.28 | Bus Operator | 12/09/15 | 303254 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 12/09/15 | 303254 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | RTP | Run Time Pay | 718.92 | Bus Operator | 12/09/15 | 303254 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | VAD | Vacation Advance | 0.00 | Bus Operator | 12/09/15 | 303254 | | |
| | | | | | | 2,430.13 | | | | 2,430.13 | |
| 1175394 | B05310 | Thrane, Brian E | 12/05/15 | VAD | Vacation Advance | 1,325.51 | Bus Operator | 12/09/15 | 303255 | | |
| | | | | | | 1,325.51 | | | | 1,325.51 | |
| 1175394 | B05310 | Thrane, Brian E | 12/19/15 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 12/23/15 | 305948 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/19/15 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 12/23/15 | 305948 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/19/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 12/23/15 | 305948 | | |
| 1175394 | B05310 | Thrane, Brian E | 12/19/15 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 12/23/15 | 305948 | | |
| | | | | | | 2,458.24 | | | | 2,458.24 | 6,213.88 |
| 1175394 | B05310 | Thrane, Brian E | 01/02/16 | DFX | Differential Pay -FLSA Ex | 11.24 | Bus Operator | 01/06/16 | 310625 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/02/16 | HOL | Holiday Pay | 718.92 | Bus Operator | 01/06/16 | 310625 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/02/16 | RTP | Run Time Pay | 479.28 | Bus Operator | 01/06/16 | 310625 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/02/16 | VAT | Vacation Taken | 0.00 | Bus Operator | 01/06/16 | 310625 | | |
| | | | | | | 1,209.44 | | | | 1,209.44 | |
| 1175394 | B05310 | Thrane, Brian E | 01/16/16 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 01/20/16 | 313198 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/16/16 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 01/20/16 | 313198 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/16/16 | PER | Personal Day | 479.28 | Bus Operator | 01/20/16 | 313198 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/16/16 | RTP | Run Time Pay | 718.92 | Bus Operator | 01/20/16 | 313198 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/16/16 | RTP | Run Time Pay | 958.56 | Bus Operator | 01/20/16 | 313198 | | |
| | | | | | | 2,207.36 | | | | 2,207.36 | 3,416.80 |
| 1175394 | B05310 | Thrane, Brian E | 01/30/16 | DFX | Differential Pay -FLSA Ex | 11.24 | Bus Operator | 02/03/16 | 317708 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/30/16 | DFX | Differential Pay -FLSA Ex | 16.87 | Bus Operator | 02/03/16 | 317708 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/30/16 | PER | Personal Day | 479.28 | Bus Operator | 02/03/16 | 317708 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/30/16 | RTP | Run Time Pay | 1,198.20 | Bus Operator | 02/03/16 | 317708 | | |
| 1175394 | B05310 | Thrane, Brian E | 01/30/16 | RTP | Run Time Pay | 718.92 | Bus Operator | 02/03/16 | 317708 | | |
| | | | | | | 2,424.51 | | | | 2,424.51 | |

**Period - (04/20/15 - 04/20/16)**

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1175394 | B05310 | Thrane, Brian E | 02/13/16 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 02/17/16 | 321245 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/13/16 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 02/17/16 | 321245 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/13/16 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 02/17/16 | 321245 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/13/16 | RTP | Run Time Pay | 1,297.10 | Bus Operator | 02/17/16 | 321245 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/13/16 | RTP | Run Time Pay | 1,297.10 | Bus Operator | 02/17/16 | 321245 | | |
| | | | | | | 2,684.15 | | | | 2,684.15 | 5,108.66 |
| 1175394 | B05310 | Thrane, Brian E | 02/27/16 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 03/02/16 | 326298 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/27/16 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 03/02/16 | 326298 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/27/16 | RTP | Run Time Pay | 1,297.10 | Bus Operator | 03/02/16 | 326298 | | |
| 1175394 | B05310 | Thrane, Brian E | 02/27/16 | RTP | Run Time Pay | 1,118.75 | Bus Operator | 03/02/16 | 326298 | | |
| | | | | | | 2,477.69 | | | | 2,477.69 | |
| 1175394 | B05310 | Thrane, Brian E | 03/12/16 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 03/16/16 | 330159 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/12/16 | DFX | Differential Pay -FLSA Ex | 28.11 | Bus Operator | 03/16/16 | 330159 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/12/16 | PER | Personal Day | 259.42 | Bus Operator | 03/16/16 | 330159 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/12/16 | RTP | Run Time Pay | 1,037.68 | Bus Operator | 03/16/16 | 330159 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/12/16 | RTP | Run Time Pay | 1,297.10 | Bus Operator | 03/16/16 | 330159 | | |
| | | | | | | 2,656.04 | | | | 2,656.04 | |
| 1175394 | B05310 | Thrane, Brian E | 03/12/16 | ALS | Allowance | 150.00 | Bus Operator | 03/16/16 | 330160 | | |
| | | | | | | 150.00 | | | | 150.00 | |
| 1175394 | B05310 | Thrane, Brian E | 03/21/16 | RWC | Retro Pay | 408.58 | Bus Operator | 03/30/16 | 332247 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/21/16 | RWP | Retro Pay Prior Year | 8,776.28 | Bus Operator | 03/30/16 | 332247 | | |
| | | | | | | 9,184.86 | | | | 9,184.86 | |
| 1175394 | B05310 | Thrane, Brian E | 03/26/16 | DFX | Differential Pay -FLSA Ex | 16.87 | Bus Operator | 03/30/16 | 335273 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/26/16 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 03/30/16 | 335273 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/26/16 | MED | Medical Exams | 97.28 | Bus Operator | 03/30/16 | 335273 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/26/16 | RTP | Run Time Pay | 518.84 | Bus Operator | 03/30/16 | 335273 | | |
| 1175394 | B05310 | Thrane, Brian E | 03/26/16 | RTP | Run Time Pay | 1,297.10 | Bus Operator | 03/30/16 | 335273 | | |
| | | | | | | 1,963.82 | | | | 1,963.82 | 16,432.41 |
| 1175394 | B05310 | Thrane, Brian E | 04/09/16 | DFX | Differential Pay -FLSA Ex | 33.73 | Bus Operator | 04/13/16 | 339726 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/09/16 | DFX | Differential Pay -FLSA Ex | 22.49 | Bus Operator | 04/13/16 | 339726 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/09/16 | MED | Medical Exams | 97.28 | Bus Operator | 04/13/16 | 339726 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/09/16 | PER | Personal Day | 259.42 | Bus Operator | 04/13/16 | 339726 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/09/16 | RTP | Run Time Pay | 1,297.10 | Bus Operator | 04/13/16 | 339726 | | |
| 1175394 | B05310 | Thrane, Brian E | 04/09/16 | RTP | Run Time Pay | 778.26 | Bus Operator | 04/13/16 | 339726 | | |
| | | | | | | 2,488.28 | | | | 2,488.28 | 2,488.28 |

| ID | Badge Number | Name | Pay Period End | Earn Code | Earning Code Descr | Earnings Amount | Job Code Description | Check Dt | Check Nbr | Weekly Totals | Monthly Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EE earns by selctd pay group | | | | | | | | | | | |
| | | | | | | Period - (04/20/15 - 04/20/16) | | | | | |
| | | | | | | | | | | 72,234.82 | 72,234.82 |