**Exhibit E**

Print

Check/Serial# 134084    Account# 1610296620    Amount: 6,616.68

---

MTA Bus
128-15 28 Ave.
Flushing, NY 11354

JPMORGAN CHASE BANK
New York, NY

Date: 08/17/16
Check No 134084
Void After 90 Days

Six Thousand Six Hundred Sixteen And 68/100 Dollars    ************$6,616.68

Pay To The Order Of    BRIAN E THRANE

⑊000001340841⑊ ⑈021000021⑈ 6102966201⑈

---

5520460023283 152853    20160819 000000000061067
TRN_DEBIT    JCINTOR    661998
Shirley 0020    94004 5520 9 0096

---